FILED

2016 FEB 19 PM 12:50

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: TH  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

March 2015 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ADAM ANDREW ABBETT,<br><br>        Defendant. | Case No. '16 CR 0329 WQH<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 2261(a)(1) -<br>Domestic Violence Within the<br>Special Maritime or Territorial<br>Jurisdiction of the United States |

The grand jury charges:

On or about June 9, 2015, within the Southern District of California, defendant ADAM ANDREW ABBETT, with the intent to injure, harass or intimidate S.M.C., his spouse, and within the special maritime and territorial jurisdiction of the United States, committed or attempted to commit an assault, a crime of violence against S.M.C.; in violation of Title 18, United States Code, Section 2261(a)(1).

DATED: February 19, 2016.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
KATHLEEN J. O'HARA
Special Assistant U.S. Attorney

KJOH:nlv(1):San Diego
2/18/16